IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | Bridgett Webster | Chapter 13 |
| | Debtor. | Case No: 14-30688 |

OBJECTION TO CONFIRMATION

COMES NOW Peavy's Finance, Inc., a Creditor in the above case, and objects to confirmation of the Debtor's Plan for the following reasons:

1. The Creditor has a recorded Judgment that attaches to the Debtor's non-exempt equity in property, so the claim of the Creditor ought to be secured. The Debtor undervalued her 2004 Chevrolet Impala, which would increase the value of the value of the vehicle, thus the non-exempt equity. The Debtor testified at the Creditors meeting that she had no idea about the value of the vehicle. Schedule B lists the vehicle with a value of $2,675.00, which is the clean trade in value per the NADA book. However, the clean retail value is $4,675.00. Further, the schedules alone indicate that the Creditor should be secured by the sum of $775.00, which represents the non-exempt equity which currently exists, per the schedules.

2. The Debtor did not accurately list all of her property. Specifically, she has a bank account at Max Credit Union that had money in the account at the time she filed bankruptcy, and she did not list a bank account. She testified at the Creditors meeting that she had approximately $200.00-$300.00 in the account at the time she filed bankruptcy. Further, she has not accurately listed the mileage on her vehicle.

3. The Creditor asserts the Plan is filed in bad faith.

WHEREFORE, the Creditor objects to confirmation of the Plan for the above reasons as well as any other reason which may be brought out at an evidentiary hearing.

/s/ Richard C. Dean, Jr.
Richard C. Dean, Jr.
Attorney for the Creditor

OF COUNSEL:
415 S. McDonough Street
P.O. Box 1028
Montgomery, AL 36101-1028
(334) 264-2896
kjr

CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the forgoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on the date that this document is filed in the above case:

| | | |
|---|---|---|
| Bridgett Webster | Joshua C. Milam, Esq. | Mr. Curtis C. Reding |
| 3065 Shenandoah Drive | 566 S. Perry Street | P.O. Box 173 |
| Montgomery, AL 36116 | Montgomery, AL 36104 | Montgomery, AL 36101 |

                                              /s/ Richard C. Dean, Jr.
                                              OF COUNSEL

Case 14-30688   Doc 19   Filed 05/01/14   Entered 05/01/14 16:36:24   Desc Main
Document      Page 2 of 2